*E-Filed 7/24/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIE WEAVER, | No. C 14-1843 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION**; |
| v. | **ORDER OF DISMISSAL;** |
| THIRD WATCH, et al., | **ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| Defendants. | |

This civil rights action was dismissed because plaintiff failed to pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP").  He has since filed a complete IFP application, which the Court construes as containing a motion to reopen the action.  So construed, it is GRANTED.  The action is REOPENED, and the Clerk is directed to amend the docket accordingly.  The judgment (Docket No. 4) and the order of dismissal (Docket No. 3) are VACATED.

Plaintiff claims that he has not received his shaving razors on some days.  It is clear that such claims are frivolous and that relief could not be granted under any set of facts that could be proved consistent with the allegations. *Hishon v. King & Spaulding*, 467 U.S. 69, 73 (1984).  The claims are DISMISSED with prejudice.  Plaintiff's application for leave to proceed *in forma pauperis* (Docket No. 5) is DENIED because the action is frivolous. *Tripati v. First Nat. Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).  The Clerk shall terminate Docket No. 5, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: July 24, 2014

RICHARD SEEBORG
United States District Judge